UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22128-LENARD/GOODMAN

EMILIO BARRIENTOS RAMOS,

    Plaintiff,

vs.

UNITED FLOOR CREW, INC. and
DENNIS LARIOS, individually,

    Defendants.
_____/

## JUDGMENT FOR PLAINTIFF

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment, filed herein on August 17, 201. Pursuant to Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment. Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

Plaintiff's Motion for Default Judgment is hereby **GRANTED**. Default Judgment is hereby entered in favor of Emilio Barrientos Ramos and against Defendants, United Floor Crew, Inc. and Dennis Larios, jointly and severally, in the amount of **$75,313.28**, calculated as follows:

    a. Unpaid/underpaid minimum wages the amount of $23,269.12;
    b. Unpaid overtime wages in the amount of $14,387.52; and
    c. Liquidated damages in the amount of $37,656.64;

For which sum let execution issue.

Plaintiff is the prevailing party and entitled to recover his reasonable attorneys' fees and costs from Defendants, United Floor Crew, Inc. and Dennis Larios, jointly and severally, in an amount to be determined by the Court. The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 24th day of August, 2015.

                                              **JOAN A. LENARD**
                                              **United States District Judge**

<u>Copies Furnished</u>:
Counsel of Record
Defendants, United Floor Crew, Inc. and Dennis Larios, 409 N. 60th Way, Hollywood, FL 33024